From: Ryan Keith Williams DOC# A-W32772
11419 S.W. County Road. #2419
Jasper, FL. 23052

New Case No: 6D23-2517

My case Number use to be 20000555F in Charlotte county Florida Court for the 20th District. In 2020 I sent a 42 U.S.C. §1983 act against Charlotte county Florida Sheriff Department & Jailhouse of the Sheriff's Department stating facts of what happend to me illegally by Sheriffs that arressted me and months later I sent a copy of my 42 U.S.C. §1983 act to you with a letter asking whats going on. In 2021 I sent more letters to you asking did you recieved my 42 U.S.C. §1983 form or letters that I sent to you. In the begaining of 2022 to march in 2022 I sent you another letter from Charlotte county Florida Jail. During those times I was Treated crule, Unusual inhumane punishments from officials there at the Jailhouse And Medical staffs as well too, they were doing illegal acts to me. Torturing. They kept me behind a door for 3-three years tourturing me, cuttin off the water in the room, sprayed me with Pepper sprays, Giving me the wrong medications, put things into my foods to harm me I was given the wrong foods that I was allergic to on purposely so that I can't eat, so that they won't feed me anything else. I sent A. Letters to U.S. Department of Justice, 950 Pennsylvania Ave. N.W., Washington, DC 20529-2260 And U.S. Department of Health and Human Services, Office of the Inspector General, P.O. BOX 23489, Washington, DC 20026, In 2021 and 2022 I sent them what crooked Sheriffs and Attorney's did to me illegally. They Broken the laws! I was Locked up because of my skin color and because of I had a Record that has nothing to do with the crime the did towards me. "I defended myself"standing my Ground." Now They're charge me with a weapen that don't have my DNA on it, and the other guy's DNA on it. I Found out that the Charlotte county Florida Jail Clerks and Sheriff official staffs stopped my mails/Legal mails. I had to sacrefice Just to get away from that JailHouse in 26601 Airport Road, Punta Gorda, FL. 33982-2408 INStead of locking the other guy up after he got out of hospital, they locked me up.

(1.) of (3.)

Damages were done to me while incarcerated in Charlottee County Jail in Punta Gorda, Florida 33982-2408. I almost died in there. My Rights were violated to defend myself and to properly be medically treated or and ~~mentally~~ to get mental health services before anything! And while I'm in ~~their~~ custody. And the Lawyer that I had wasn't for me. He was for the guy Nathan Burley that attacked me, that I had to defend myself from. Instead, he put fear in my heart to take time for something that I didn't have. He said because they said I had a knife upon me! They are going by what they say on officer statement. My Lawyer's name was Mr. Adam J. Oosterbaan, P.A., 2500 Airport Road South, Suite 306, Naples, Florida 34112. I also wrote to the head of the Sheriff Department Mr. Bill Prummell and told what his officers did illegally and what they didn't do right. "If they would have investigated what happend properly, I wouldn't be in jail." I then pointed out blind spots. (Months later while I was in Medical Pod M3 an officer came up there in 2020 stating the the charges will be dropped, by I don't know if state is picking them up. That was my friend that locked you up...etc.) That's a conspiracy! Bill Prummell's Office 7474 Utilities Road, Punta Gorda, Florida 33982. I had a mental breakedown when attacked and after I was attacked. And I was worsenly mentally strucked while in custody in their jail because of what they were doing to me wrongly and illegally. I told the Judge when I went to court different times that I am "Innocent", I don't remember that I had a "Knife", The "Officers didn't read me my Rights on Recorder" My "Lawyer is against me and I put on the face of the Record That my Lawyer isn't for me, he's for the ones that I'm up against, And etc." [On Court Records/Transcripts] I told him also that I sent word to the Federal courts and mails were stopped and people dying in the jailhouse too.

To: Clerk's Office, United States District Court, U.S. Courthouse & Federal Building 2110 First Street, Room 2-194 Fort Myers, Florida 33901-3083

Date: 05/10/2023
11:00 AM
Time

(2.) of (3.)          Back →

From: Ryan Keith Williams DC# A-W32772
11419 S.W. County Road, #2419
Jasper, FL. 23052

New Case No: 6D23-2517

My case Number use to be 20000555F in Charlotte county Florida Court for the 20th District. In 2020 I sent a 42 U.S.C. §1983 act against Charlotte county Florida Sheriff Department & Jailhouse of the Sheriff's Department stating Facts of what happend to me illegally by Sheriffs that aressted me and Months later I sent a copy of my 42 U.S.C. §1983 act to you with a letter asking whats going on. In 2021 I sent more letters to you asking did you recieved my 42 U.S.C. §1983 Form or letters that I sent to you. In the begaining of 2022 to march in 2022 I sent you another letter from charlotte county Florida Jail. During those times I was Treated crule, Unusual inhumane punishments from officials there at the Jailhouse. And Medical Staffs as well too, they were doing illegal acts to me. They kept me behind a door for 3-three years tourturing me, Torturing, cuttin off the water in the room, sprayed me with peppersprays, Giving me the wrong medications, Put things into my foods to harm me I was given the wrong foods that I was allergic to on purposely so that I can't eat, so that they won't feed me anything else. I sent A. Letters to U.S. Department of Justice, 950 Pennsylvania Ave, N.W., Washington, DC 20529-2260 And U.S. Department of Health and Human Services, Office of the Inspector General, P.O. BOX 23489, Washington, DC 20026, In 2021 and 2022 I sent them what crooked Sheriffs and Attorneys did to me illegally. They broken the laws! I was Locked up because of my skin color and because of I had a Record that has nothing to do with the crime the did towards me. "I defended myself standing my Ground" Now they're charge me with a weapen that don't have my DNA on it, and the other guy's DNA on it. I found out that the Charlotte county Florida Jail Clerks and sheriff official staffs stopped my mails/Legal mails. I had to sacrefice just to get away from that Jailhouse in 26601 Airport Road, Punta Gorda, FL. 33982-2408 Instead of locking the other guy up after he got out of hospital, they locked me up.

(1.) of (3.)